UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JACQUELYNE CODY, etc.,

                              Plaintiffs,                          **MEMORANDUM**

              - v -
                                                                  CV-04-4105 (CPS)(VVP)
NEW YORK CITY, et al.,

                              Defendants.
------------------------------------------------------------------x

       The parties have submitted a stipulation and protective order for entry by the

court.  The court has entered the order with modifications.  Specifically, subparagraphs

1(c) and (d) have been deleted, the former because it gives the defendants unfettered

discretion to subject documents and information to the coverage of the order without

making the required showing of "good cause" required by Fed. R. Civ. P. 26(c), and the

latter because it is unnecessary.  To the extent that the parties wish to make additional

items of information subject to the order, they may apply to the court to extend the

coverage by identifying the items and specifying the need for confidentiality if it is not

otherwise evident.  Personnel records of the type identified in subparagraphs 1(a) and

(b) clearly qualify for protection, and the order is therefore entered as to those

documents and information.

                                                    **SO ORDERED:**

                                                    _Viktor V. Pohorelsky_

                                                    VIKTOR V. POHORELSKY
                                                    United States Magistrate Judge

Dated:         Brooklyn, New York
               January 31, 2006